### 33908. O'NEIL v. O'NEIL.

PER CURIAM.
William Joseph O'Neil petitioned in DeKalb Superior Court for modification of his $200 per month child support payments. The trial judge, sitting without a jury, denied the petition after a hearing. O'Neil has brought this appeal, but the evidence supports the finding of the trial court. *Trippe v. Trippe,* 237 Ga. 159 (227 SE2d 46) (1976).

*Judgment affirmed. All the Justices concur.*

SUBMITTED AUGUST 4, 1978 — DECIDED OCTOBER 24, 1978.

*Charles T. Magarahan,* for appellant.
*John T. Ashby,* for appellee.